IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | SEALED UNSEALED 10/14/24 |
| v. ) | Criminal Action No. 21-57M |
| ) | |
| KHALIL RODRIGUEZ-FITZGERALD ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Jennifer K. Welsh, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Khalil Rodriguez-Fitzgerald, pursuant to a Criminal Complaint signed on this date.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ Jennifer K. Welsh
Jennifer K. Welsh
Assistant United States Attorney

Dated: February 19, 2021

**AND NOW**, this __19th__ day of __February__, 2021, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Khalil Rodriguez-Fitzgerald.

Hon. Sherry R. Fallon
United States Magistrate Judge