SEALED    UNSEALED 10/21/21 KJK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Criminal Action No. 21-11-UNA |
| v. | : | |
| KHALIL RODRIGUEZ-FITZGERALD, | : | |
| Defendant. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about February 8, 2021, through February 11, 2021, in the District of Delaware and elsewhere, the defendant, KHALIL RODRIGUEZ-FITZGERALD, knowing that he had been convicted in the Superior Court of the State of Delaware of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting interstate or foreign commerce a firearm, that is, a loaded Glock, Model 19x, tan in color, 9mm, semi-automatic handgun with serial number BPEF023, containing nine 9mm rounds of ammunition in the magazine and one live round in the chamber.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

FILED

MAR - 2 2021

U.S. DISTRICT COURT DIST. CT. OF DELAWARE

## NOTICE OF FORFEITURE FOR COUNT ONE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, KHALIL RODRIGUEZ-FITZGERALD, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and FED. R. CRIM. PRO. 32.2(a), all firearms and ammunition involved in the commission of the offenses, including but not limited to: a loaded Glock, Model 19x, tan in color, 9mm, semi-automatic handgun with serial number BPEF023, containing nine 9mm rounds of ammunition in the magazine and one live round in the chamber.

A TRUE BILL

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Jennifer K. Welsh
Daniel Logan
Assistant United States Attorneys

Dated: March 2, 2021